# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Protective Life Insurance Company, *Plaintiffs* v. Deborah LeClaire, individually, and Carrie Thomas, Administratrix on Behalf of the Estate of Robert Eugene Gilliland, Deceased, *Defendant,* | ) ) ) ) ) ) | Civil Action No. 7:17-cv-00628-DCC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ other: judgment is entered at the direction of the Court in favor of the estate of Robert Gilliland.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Donald C. Coggins, Jr.

Date: February 14, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/Ashley Buckingham
*Signature of Clerk or Deputy Clerk*